**Donna KEHLER, Petitioner,**

v.

**WORKERS' COMPENSATION APPEAL BOARD (DEPARTMENT OF PUBLIC WELFARE), Respondent.**

Supreme Court of Pennsylvania.

March 16, 1999.

### ORDER

PER CURIAM:

**AND NOW**, this 16th day of March, 1999, we hereby **DENY** the Petition for Allowance of Appeal; the Motion for Court Appointed Attorney; and the Motion to Waive or Modify Rules.